# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO.: 21-03041-JW |
| ) | |
| **Kenneth Dale Watts,** ) | CHAPTER 13 |
| Debtor(s) ) | |
| ) | |
| Address: **1023 N Highway 17A** ) | CONSENT ALLOWING RETURN OF |
| **Moncks Corner, SC 29461** ) | FUNDS TO CREDITOR(S) AND |
| ) | DEBTOR(S)' ATTORNEY |
| Last four digits on Social-Security or ) | **(Non-Conduit)** |
| Individual Tax-Payer-Identification (ITIJ) ) | |
| No(s)., (if any): **8237** ) | |
| ) | |

In the event of a conversion to Chapter 7 of the above-captioned case, the Debtor(s) hereby authorize the Trustee to disburse and pay funds on hand, pursuant to SC LBR 3070(c), as follows:

First, the Trustee is authorized to pay Debtor(s)' Chapter 13 attorney, for outstanding attorneys' fees and costs, the lesser of the amount due to that attorney or the remaining balance of funds received by the Trustee prior to conversion.

Second, any remaining funds thereafter will be refunded to me/us as the funds are available.

**I SO CONSENT:**

**Date:** December 2, 2021

DocuSigned by:
*Kenneth Watts*
Debtor: Kenneth Dale Watts